John H. Walsh (SBN 110121)
Regan Furcolo (SBN 162956)
Laura Stewart (SBN 198260)
WALSH MCKEAN FURCOLO LLP
625 Broadway, Suite 1402
San Diego, CA  92101-5420
Telephone:  (619) 232-8486
Facsimile:  (619) 232-2691
jwalsh@wmfllp.com

Attorneys for Plaintiff ADMIRAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, a Delaware Corporation;<br><br>    Plaintiff,<br><br>    v.<br><br>CHICOECO, INC., doing business as CHICOBAG COMPANY, a California Corporation, and DOES 1 through 20, Inclusive,<br><br>    Defendant. | CASE NO.:   2:11-CV-01088-FCD-KJN<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>JUDGE:  Hon. Frank C. Damrell<br>COURTROOM: 2<br><br>COMPLAINT FILED:  April 21, 2011<br>TRIAL DATE:   TBD |

WHEREAS plaintiff ADMIRAL INSURANCE COMPANY ("ADMIRAL") filed its Complaint for declaratory relief against defendant CHICOECO, INC. dba CHICOBAG COMPANY ("CHICOBAG") on April 21, 2011; and

WHEREAS ADMIRAL and CHICOBAG have entered into the Tolling Agreement, which Tolling Agreement is attached hereto as Exhibit A;

IT IS HEREBY STIPULATED by and between ADMIRAL and CHICOBAG through their respective counsel of record herein, that ADMIRAL's Complaint for Declaratory Relief against CHICOBAG is hereby dismissed without prejudice.

WALSH MCKEAN FURCOLO LLP
625 BROADWAY
SUITE 1402
SAN DIEGO, CALIFORNIA
92101-5420
TELEPHONE (619) 232-8486

1
STIPULATION AND ORDER FOR DISMISSAL

| | | |
|---|---|---|
| 1 | DATED: June ___, 2011 | WALSH MCKEAN FURCOLO LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Laura Stewart, Esq. |
| | | Attorneys for Plaintiff |
| 5 | | ADMIRAL INSURANCE COMPANY |
| 6 | DATED: June ___, 2011 | ARCHER NORRIS |

By: _____/s/_____
Roger E. Marken, Esq.
Attorneys for Defendant CHICOECO, INC. dba CHICOBAG COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED: June 16, 2011

_[signature]_
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

WALSH MCKEAN FURCOLO LLP
625 BROADWAY
SUITE 1402
SAN DIEGO, CALIFORNIA
92101-5420
TELEPHONE (619) 232-8486

2
STIPULATION AND ORDER FOR DISMISSAL